1
2
3
4
5
6
7
8
9    UNITED STATES DISTRICT COURT
10    SOUTHERN DISTRICT OF CALIFORNIA
11

12    STEPHEN SCHMIDT,

Case No.:  3:20-cv-01294-MMA-AHG

13                                    Plaintiff,

**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**

14    v.

15    AIR CALIFORNIA ADVENTURE, INC.,

16                                    Defendants.

17

**[ECF No. 10]**

18
19
20
21
22
23
24
25
26
27
28

This matter comes before the Court on the parties' Joint Motion to Continue the Early Neutral Evaluation Conference ("ENE"). ECF No. 10.

Parties seeking to continue the ENE must demonstrate good cause. *See* ECF No. 5 at 6 ("An ENE may be rescheduled only upon a showing of good cause"); Chmb.R. at 2 (stating that any request for continuance requires "[a] showing of good cause for the request"); *see also* Fed. R. Civ. P 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent"). "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Here, the parties explain that defense counsel's son has tested positive for COVID-19 and is symptomatic. ECF No. 10 at 2. As a result, defense counsel must self-quarantine and is unable to meet with his clients. Moreover, counsel must care for his son and has begun experiencing symptoms himself, hampering his ability to participate in the upcoming ENE even remotely. *Id.*

Upon due consideration, the Court finds good cause to continue the ENE and Case Management Conference ("CMC") and accordingly **GRANTS** the Motion. The Court hereby **VACATES** the ENE and CMC set for September 11, 2020 and all related deadlines, and **RESETS** the ENE and CMC for **September 28, 2020** at **2:00 PM**.

As before, the ENE and CMC will take place via **videoconference** using the Court's official Zoom account. The parties are instructed to review the Court's prior Order setting the ENE and CMC (ECF No. 5) for guidance on how to use Zoom. Additionally, the Court **RESETS** the following deadlines related to the ENE and CMC:

(1) The parties' confidential ENE statements (*see* ECF No. 5 ¶ 3) are due no later than **September 23, 2020**.

(2) The parties must email the Court all the information required by ¶ 5.E. of the

Court's prior order (ECF No. 5) no later than **September 23, 2020** at efile_goddard@casd.uscourts.gov.

(3) The parties timely filed their Joint Case Management Statement on August 31, 2020 (ECF No. 8) and are not required to submit a new one for purposes of case scheduling during the CMC.

(4) All other requirements set forth in the Court's initial order setting the ENE and CMC (e.g., attendance by parties with full settlement authority, requirements for continuance requests, etc.) remain in place, except as explicitly modified herein.

**IT IS SO ORDERED.**

Dated:  September 8, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge